UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | | |
|---|---|---|
| BRETT RANDOLPH WAND | ) | CASE NO. 18-51062 |
| SHERRY ANN WAND | ) | CHAPTER 7 |
| DEBTORS | ) | |

\*\*\*\*    \*\*\*\*    \*\*\*\*    \*\*\*\*

## MOTION FOR RELIEF FROM STAY
## AND ABANDONMENT OF PROPERTY

Comes Traditional Bank, Inc. ("Traditional Bank"), by counsel, and moves the Court for an Order granting relief from the automatic stay provided by 11 U.S.C. Section 362 and an Order of Abandonment pursuant to 11 U.S.C. Section 554, in order that Traditional Bank may enforce its lien against certain property of the Debtor as hereinafter described; or for adequate protection of its interest in the Debtor's property under 11 U.S.C. Section 361. In support of said Motion, Traditional Bank states as follows:

1. This Court has jurisdiction herein pursuant to 28 U.S.C. Sections 1334 and 157, 11 U.S.C. Sections 361, 362 and 554; and venue is proper pursuant to 28 U.S.C. Section 1409.

2. The above named Debtors filed a petition for relief in this Court under Chapter 7 of the bankruptcy code on or about June 1, 2018.

3. Stephen Palmer has been appointed and now serves as Trustee in the above-styled action and should come forward and assert any interest the Trustee may have in the hereinafter described property.

4. On the date of bankruptcy, the Debtors were indebted to Traditional Bank in the sum of $126,792.14 plus interest, costs and reasonable attorneys' fees, pursuant to Traditional Bank's Proof of Claim filed of record herein.

5. As evidenced by the aforesaid Proof of Claim, Traditional Bank has a valid and perfected security interest in the real property located at 453 Barkley Drive, Lexington, Kentucky (the "Collateral").

6. Traditional Bank is informed and therefore asserts that the Debtors are unable to adequately protect the interest of Traditional Bank pertaining to the Collateral in which Traditional Bank has a valid and perfected security interest therein.

7. Traditional Bank further states that the Debtors are in default in payments due under the terms of the loan documents attached to its Proof of Claim. The Debtors are now over 120 days past due for a total arrearage now due of $11,672.58.

8. There is no equity in the Collateral to benefit the estate and therefore the Collateral should be abandoned under 11 U.S.C. Section 554.

9. The Trustee should be required to assert any interest the Trustee may have in the Collateral or be forever barred.

WHEREFORE, Traditional Bank prays that the Court enter the attached Agreed Order, granting it relief from the automatic stay under 11 U.S.C. Section 362(d), directing the Debtors to surrender possession of the Collateral to Traditional Bank, and ordering the estate's interest in the Collateral abandoned under 11 U.S.C. Section 554, or, in the alternative, ordering the Debtors to give Traditional Bank adequate protection of its interest under 11 U.S.C. Section 361; and any and all other relief to which it may be entitled under the Bankruptcy Code.

## NOTICE

Please take notice that parties in interest shall have 14 days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response is timely filed, the enclosed order will be tendered to the court and may be entered without a hearing on the motion.

                                          Stoll Keenon Ogden PLLC
                                          300 West Vine Street, Suite 2100
                                          Lexington, Kentucky  40507-1801
                                          (859) 231-3000

                                          By: /s/ Gregory D. Pavey
                                              Gregory D. Pavey, Attorney for
                                              Traditional Bank, Inc.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Motion and Notice was served on the following interested parties via electronic service or via United States Mail, First Class, postage prepaid, this 2nd of July, 2018:

Matthew B. Bunch
Counsel for Debtors
271 W. Short Street, #805
Lexington, KY 40507

Stephen Palmer
Chapter 7 Trustee
271 W. Short Street, #805
Lexington, KY 40507

Brett Randolph Wand
Sherry Ann Wand
453 Barkley Drive
Lexington, KY 40503

Caliber Home Loans
715 S. Metropolitan
Oklahoma City, OK 73108

MERS
P.O. Box 2026
Flint, MI 48501-2026

North American Savings Bank, FSB
12498 South Highway
Grandview, MO 64030

and any other party requesting notice.

/s/ Gregory D. Pavey  
Stoll Keenon Ogden PLLC